ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBRADA NUNEZ-AYON,<br><br>    Defendant. | CASE NO. 1:92-cr-05218-OWW<br><br>**ORDER** |

GOOD CAUSE APPEARING, It is hereby ordered that the court is authorized to provide a copy of Ms. Ayon's Presentence Investigation Report to Roger K. Litman for use on her behalf.

IT IS SO ORDERED:


Dated: July 19, 2010          /s/ OLIVER W. WANGER
                              UNITED STATES DISTRICT JUDGE

1